UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CLAUDIA D. ELLIOT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | JUDGMENT |
| v. ) | |
| ) | No. 5:11-CV-693-FL |
| LARRY ROLLINS, Sheriff of ) | |
| Harnett County and CINCINNATI ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court and Jury.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' Motion for Summary Judgment. Pursuant to order entered September 30, 2013 on defendants' motion, plaintiff's state law clams of negligent infliction of emotional distress and for statutory bond recovery were dismissed. Subsequent to the court's ruling as to this motion, the remaining claims in this action were tried by a jury with Judge Louise Wood Flanagan presiding. During the course of the trial, the court denied oral motions offered by plaintiff and defendant Larry Rollins pursuant to Fed.R.Civ.P. 50. The jury rendered a verdict at trial on May 30, 2014 as to the plaintiff's remaining claims, finding that plaintiff proved by a preponderance of evidence that defendant Larry Rollins denied her rights under the Family and Medical Leave Act and that defendant Larry Rollins proved by a preponderance of the evidence that he would have fired plaintiff on November 1, 2010, even if plaintiff had never taken, or attempted to take, leave under the Family and Medical Leave Act.

**This Judgment Filed and Entered on June 2, 2014, and Copies To:**

Stewart W. Fisher (via CM/ECF Notice of Electronic Filing)
Eric Laurence Doggett (via CM/ECF Notice of Electronic Filing)
Christopher J. Geis (via CM/ECF Notice of Electronic Filing)
Sonny S. Haynes (via CM/ECF Notice of Electronic Filing)

June 2, 2014                     JULIE A. RICHARDS, CLERK
                                 /s/ Christa N. Baker
                                 (By) Christa N. Baker, Deputy Clerk